

# THE ATTORNEY GENERAL
# OF TEXAS

**AUSTIN 11, TEXAS**

GERALD C. MANN

~~XXXXXXXXXXXXXXXXXXXXX~~

**ATTORNEY GENERAL**

Miss Fannie M. Wilcox
State Librarian
Chairman, State Board of Library Examiners
Austin, Texas

Dear Miss Wilcox:

Opinion No. 0-520
Re:   Article 1683, R.C.S. applies
to those who have received
county librarians' certificates
prior to the passage of the
amendment.

Your inquiry of the 17th instant is received. You state that Article 1683 was amended by the 44th Legislature, Regular Session, 1935, by adding the following clause:

"...and when any county librarian has heretofore received a certificate of qualifications for office from the State Board of Library Examiners, and has served as county librarian for any county in the State, said librarian may be employed or re-employed by any county as librarian without further examination and issuance of certificate from said Board of Library Examiners."

You ask if this clause applies only to those who have received county librarians' certificates prior to the passage of the amendment.

"Heretofore" as used in a statute means any time previous to the day when the statute shall take effect. (Town of Milton vs. McGowan, etc. Co., 187 N. W. 66.) The word "heretofore" relates to the past. (People vs. Bruner, 175 N.E. 400.)

We answer that the clause referred to applies only to those who had received librarians' certificates prior to the passage of the amendment.

Yours very truly

ATTORNEY GENERAL OF TEXAS


By s/A. S. Rollins
A. S. Rollins
Assistant

ASR:PBP: wc

APPROVED
s/Gerald C. Mann
ATTORNEY GENERAL OF TEXAS